**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: Stephanie Y Smith
Amount $ 100.00     Date: 8/20/13

Version 7.1     Page 1 of 1

U.S. Courts
Case Inquiry Report
N312CR000060;  Party Num: 006;  Payee Code: N/A
ls: N;  Show Payee Details: N;  Show Transactions: Y

| Case Number | DCAN312CR000060 | Case Title | US V ANDERSON ET AL |

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 006 | PTY15246 | STEPHANIE YVONNE SMITH | PACCT10947 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT 34611089025 | | 08/20/2013 | 08/20/2013 | PR | 100.00 | STEPHANIE YVONNE SMITH | O | 04 | 504100 |
| DCAN312CR000060-006 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |